```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

  IN RE:                                       CASE NO. 06 B 13408
     MARSHA K EKLUND
                                               CHAPTER 13

                                               JUDGE: MANUEL BARBOSA

           Debtor
     SSN XXX-XX-5056


  ------------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
  ------------------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
  Final Report and Account of the administration of the estate pursuant to
  11 USC 1302(b)(1).

     1.  The case was filed on 10/19/06 and confirmed on 04/16/07.

     2.  The case was converted to Chapter 7 after confirmation, 05/06/2008.

     3.  The Debtor paid a total of $   4976.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| AMERICAN GENERAL FINANCE | SECURED | .00 | .00 | .00 |
| CHASE BANK | SECURED | 100.00 | .00 | 100.00 |
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 23920.90 | .00 | 4649.72 |
| OLD SECOND NATIONAL BANK | SECURED | .00 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2503.68 | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| HELLER HOLMES & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5330.67 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 569.27 | .00 | .00 |
| OFFICE DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1173.05 | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 885.07 | .00 | .00 |
| OLD SECOND NATIONAL BANK | MORTGAGE ARRE | 374.62 | .00 | 72.81 |
| CHASE BANK | UNSECURED | 10181.92 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 762.16 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 1549.09 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 24395.52 | 762.16 | 22192.75 | .00 | 47350.43 |
| PRINCIPAL PAID | 4822.53 | .00 | .00 | .00 | 4822.53 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 4822.53 | .00 | .00 | .00 | 4822.53 |

The Debtor's attorney, SPRINGER BROWN COVEY GAERTNER , was allowed $      .00 and was paid $      .00 .

The Trustee received $     153.47 .

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/20/08               /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE








                         PAGE   2
        CASE NO. 06 B 13408 MARSHA K EKLUND